# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | |
|---|---|
| Supreme Raheem Ackbar, #182864, *a/k/a Ronald Gary, #275886*, ) ) ) Plaintiff, ) ) v. ) ) United States of America, ) ) ) Defendant. ) ) | Civil Action No. 4:21-cv-00819-RMG-TER  **ORDER AND OPINION** |

This is an action filed by a state prisoner. This case is before the Court due to Plaintiff's failure to comply with the Court's Order to pay the full filing fee plus administrative fee within the ordered time period. (ECF No. 8). The order was not returned as undeliverable.

The mail in which the Order was sent to Plaintiff's provided address has not been returned to the Court, thus it is presumed that Plaintiff received the Order, but has neglected to comply with the Order within the time permitted under the Order. The Court has not received an appropriate response from Plaintiff and the time for compliance has passed. A review of the record indicates that the Court specifically informed Plaintiff that if Plaintiff failed to comply with the Order, this case would be subject to dismissal. (Dkt. No. 8).

Plaintiff's lack of response to the Order indicates an intent to not prosecute this case and subjects this case to dismissal. *See* Fed. R. Civ. P. 41(b)(district courts may dismiss an action if a Plaintiff fails to comply with an order of the court); *see also Ballard v. Carlson*, 882 F.2d 93, 95 (4th Cir. 1989)(dismissal with prejudice appropriate where warning given); *Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir. 1982)(court may dismiss *sua sponte*).

1

Accordingly, this case is dismissed without prejudice. The Clerk of Court is instructed to close the file.

**AND IT IS SO ORDERED**.

    s/Richard Mark Gergel
Richard Mark Gergel
United States District Judge

May 20, 2021
Charleston, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.